(COB #242 voMotColl)(06/14)

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado,
HONORABLE Michael E. Romero

In re:

Carrie Rae Walter

Debtor(s)

Case No.:    15–11670–MER
Chapter:     13

## ORDER GRANTING MOTION FOR VALUATION OF COLLATERAL AND DETERMINATION OF SECURED STATUS

THIS MATTER COMES BEFORE THE COURT on the *Debtor's Motion for Valuation of Collateral and Determination of Secured Status under 11 U.S.C. §506* (the "Motion") (docket no. *8* )

IT IS HEREBY ORDERED:

1. The Debtor's Motion is GRANTED.

2. The second lien held by Colorado Housing Assistance Corporation on 1207 MacLaughlin Court, Dacono, Colorado 80514 is valued at zero ($0) and is entirely unsecured for purposes of the debtor's plan.[1]

3. Unless otherwise ordered by the Court, the creditor will have an unsecured claim in the amount of debt as stated in any timely filed allowed proof of claim, including such claims filed within thirty (30) days from entry of an order determining secured status under Fed. R. Bankr.P. 3002(c)(1) and (3).

4. Upon successful completion of all payments under the debtor's plan, the debtor may request an order that the lien is extinguished, which will be effective upon discharge where debtor is eligible for discharge or upon case closing where the debtor is not.

5. If the bankruptcy case is dismissed or converted to a Chapter 7, this Order shall be deemed vacated and the lien shall be reinstated and shall continue in full force and effect as specifically provided by 11 U.S.C. §§ 348(f)(1)(B)and (C) and 349(b)(1)(C).

_____

[1] This Order shall control in Chapter 13 plans confirmed on or after July 1, 2014. Any plan provisions allowing the creditor an unsecured claim based on the amount listed in the Debtor(s)' Schedules are not effective.

Dated:  3/27/15

BY THE COURT:
s/ Michael E. Romero
Chief United States Bankruptcy Judge